158 A.3d 573

STATE OF NEW JERSEY, DEPARTMENT OF ENVIRONMENTAL PROTECTION, PLAINTIFF–RESPONDENT, v. KENWORTH CONSTRUCTION CO., A NEW JERSEY CORPORATION, LAKE-DALE ASSOCIATES, A NEW JERSEY GENERAL PARTNER-SHIP, DEFENDANTS, AND PINE ACRES ASSOCIATES, A NEW JERSEY GENERAL PARTNERSHIP, DEFENDANTS, AND JOSEPH SAMOST, INDIVIDUALLY, DEFENDANT–PETI-TIONER, AND JAMES LAKE, ROBERT WAINER, JOHN HARM, AND PAULA LUBORSKY, INTERVENORS. AND OTHER RE-LATED CASES.

January 20, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–3193–12 and A–1276–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.